1  **COX, WOOTTON, GRIFFIN,**
   **HANSEN & POULOS, LLP**
2  TERENCE S. COX (SBN 76124)
   MARC T. CEFALU (SBN 203324)
3  190 The Embarcadero
   San Francisco, CA 94105
4  Telephone: 415-438-4600
   Facsimile: 415-438-4601

Attorneys for Defendants
SAN FRANCISCO BAY CONCESSIONAIRES
and BLUE & GOLD FLEET, L.P.

U.S. DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| GENEVIEVE SAMONTE, | ) | Case No.: 02-CV-777 MCE KJM |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION OF DISMISSAL; ORDER** |
| SAN FRANCISCO BAY CONCESSIONAIRES, CITY OF VALLEJO, *in personam*, M/V INTINOLI, *in rem*, and BLUE AND GOLD FLEET, L.P., *in personam*. | ) | |
| Defendants. | ) | |

**WHEREAS,** the parties to this action have agreed to a settlement of all claims;

**IT IS HEREBY STIPULATED** by and between the parties through their respective counsel of record that this action be dismissed *with prejudice* pursuant to FRCP 41(a)(1) and that endorsement of this agreement may be by counterpart signatures.

Dated: April 21, 2005                  Banning Micklow Bull & Lopez, LLP
                                       Attorneys for Plaintiff,
                                       GENEVIEVE SAMONTE

                                       By: _____/s/_____
                                           Eugene Brodsky

///

///

///

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO
CA, 94105
TEL (415) 438-4600
FAX (415) 438-4601

IMU.Samonte

-1-

Dated: April_20, 2005

CITY OF VALLEJO, CITY ATTORNEY

By: _____/s/_____
      Alesia Jones-Martin

Dated: April 27, 2005

COX, WOOTTON, GRIFFIN,
HANSEN & POULOS, LLP
Attorneys for Defendants
SAN FRANCISCO BAY
CONCESSIONAIRES and
BLUE & GOLD FLEET, L.P.

By _____/s/_____
      Terence S. Cox

Dated: April 27, 2005

_____[signature]_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

COX, WOOTTON,
GRIFFIN, HANSEN
& POULOS, LLP

190 THE EMBARCADERO
SAN FRANCISCO
CA, 94105
TEL (415) 438-4600
FAX (415) 438-4601

IMU.Samonte